

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Kieera Denice Evans, Appellant

No. 06-22-00174-CR      v.

The State of Texas, Appellee

Appeal from the 6th District Court of Red River County, Texas (Tr. Ct. No. CR03257). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below but find error in the certified bill of costs. We modify the certified bill of costs by deleting the entry of $1,032.00 for "CRIMINAL FINES" and by deleting the entry of $25.00 for "TIME PAY." We affirm the judgment of the trial court.

We note that the appellant, Kieera Denice Evans, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 11, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk